IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**CARL L. PARKER, a/k/a "Boogie,"
ROOSEVELT TURNER, a/k/a "Rope,"
ANTHONY WATTS, a/k/a "D-Mac,"
TRAVIS NORMAN,
KAREEM J. HAMILTON,
TIMOTHY WEDDLE, a/k/a "Hightop,"
JESSE DUNCAN,
ANTHONY WOMACK, a/k/a "Bigman,"
"Bigs,"
CHARLES HUNTLEY,
JOE SHARP, and
CHARLES TUGGLE,**

**Defendants.**                                      No. 05-CR-30015-DRH

### ORDER

**HERNDON, District Judge:**

Before the Court is a Motion to Continue submitted by the United States of America. (Doc. 166.) The Court, being fully advised in the premises, finds that because (1) a superceding indictment has been filed as of October 20, 2005 adding three additional Defendants and removing Defendant Kunta Kinta Goree (who has entered a guilty plea); (2) these new Defendants are properly joined in this matter and no motion to sever has been granted; and (3) **18 U.S.C. § 3161(h)(7)** allows for "[a] reasonable period of delay when [a] defendant is joined for trial with a

codefendant as to whom the time for trial has not run and no motion for severance has been granted," trial should be postponed. Additionally, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and the Defendants in a speedy trial. Therefore, the Court **GRANTS** the government's Motion (Doc. 166) and continues the trial of *all* Defendants until February 13, 2006. The time from October 20, 2005 until February 13, 2006 is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED**.

Signed this 20th day of October, 2005.

/s/        David RHerndon
**United States District Judge**