IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**CARL L. PARKER et al.,**

**Defendants.**                                                  No. 05-CR-30015-DRH

## ORDER

**HERNDON, District Judge:**

       The Court takes this matter up for the purpose of advising Defendants how certain matters will proceed at trial, which is scheduled to begin on March 13, 2006. The Court **ADVISES** Defendants that, in accordance with **Federal Rule of Criminal Procedure 24(b)(2)**, the Court will allow Defendants twelve peremptory challenges, which they can utilize in concert or divide evenly. Additionally, the Court **ADVISES** the parties that it will select two alternate jurors in this matter. Defendants must use the one additional peremptory challenge provided for by **Federal Rule of Criminal Procedure 24(b)(4)** jointly and must come to an agreement on the exercise of that challenge.

       **IT IS SO ORDERED.**

       Signed this 23rd day of February, 2006.

/s/      David  RHerndon
**United States District Judge**