IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**CARL L. PARKER et al.,**

**Defendants.**                                                    No. 05-CR-30015-DRH

## ORDER

**HERNDON, District Judge:**

Trial in this matter is set to begin on Monday, March 13, 2006. Earlier, this Court entered an order providing (1) that Defendants would be allowed a total of twelve peremptory challenges pursuant to **Federal Rule of Criminal Procedure 24**, and (2) that it would select two alternate jurors. (Doc. 260.)  Since then, however, it has become clear to the Court that a smaller group of Defendants will go to trial on March 13th.  Therefore, the Court **VACATES** its earlier order (Doc. 260) providing that Defendants would receive twelve peremptory challenges and **ADVISES** the parties that it will allow Defendants ten peremptory challenges at trial and that it will select only one alternate juror in this case.  Defendant will still have the one

additional peremptory challenge provided for by **Federal Rule of Criminal Procedure 24(b)(4)**.

       **IT IS SO ORDERED**.

Signed this 10th day of March, 2006.

       /s/       David   RHerndon
       **United States District Judge**